In re Sagrera, Raphael Charles; Lynch, Mary Zoe Sagrera; Sagrera, Anthony S.; Hanks, Alice Amanda Sagrera; Green, Mary 0. Sagrera; Lynch, John S.; Lynch, Charles Richard; Lynch, Nora Zoe; Lynch, Mary Catherine; Lynch, Michael Dennis; Gaspard, Lucy M.; Sagrera, Lynwood Paul; Sagrera, Jacalyn Alice; Sagrera, Steven Isaac; Sagrera, Augustin, I.; Broussard, Waved; Sagrera, George D.; Gremillion, Mary S.; Gremillion, Anthony; Broussard, Hilda A.S.; Broussard, Barney; Sagrera, *523 Neal Todd Isaac; Sagrera, Lloyd George, Jr.; Sagrera, Mary Gertrude; Sagrera, Donald; Sagrera, Paul B.; — Defendants); applying for writ of certiorari and/or review; to the Court of Appeal, Third Circuit, No. CA91-0013; Parish of Vermilion, 15th Judicial District Court, Div. “K”, No. 87-53238.
Denied.
WATSON, J., would grant the writ.